| | | | |
|---|---|---|---|
| Com. v. Washington | 2067 MDA 2015<br>Affirmed | 12/13/2016 | CP–36–CR–0000152–2015<br>(Lancaster) |
| Com. v. Dones | 2106 MDA 2015<br>Affirmed | 12/13/2016 | CP–22–CR–0000581–2015<br>(Dauphin) |
| Com. v. Washington | 2258 MDA 2015<br>Affirmed | 12/13/2016 | CP–36–CR–0000862–2015<br>(Lancaster) |
| Com. v. Bryant | 44 MDA 2016<br>Affirmed | 12/13/2016 | CP–67–CR–0003510–2010<br>(York) |
| Com. v. Colon–Roque | 359 MDA 2016<br>Appeal<br>dismissed | 12/13/2016 | CP–36–CR–0003358–2014<br>CP–36–CR–0003369–2014<br>(Lancaster) |
| Com. v. Durham | 391 MDA 2016<br>Affirmed | 12/13/2016 | CP–22–CR–0002221–2012<br>(Dauphin) |
| Com. v. Davis | 406 MDA 2016<br>Vacated and<br>Remanded | 12/13/2016 | CP–40–CR–0002831–2009<br>(Luzerne) |
| Com. v. Boyer | 478 MDA 2016<br>Affirmed | 12/13/2016 | CP–36–CR–0001729–2015<br>(Lancaster) |
| Com. v. Westry | 527 MDA 2016<br>Affirmed | 12/13/2016 | CP–36–CR–0000031–2015<br>CP–36–CR–0000163–2015<br>CP–36–CR–0000165–2015<br>CP–36–CR–0000170–2015<br>CP–36–CR–0000173–2015<br>CP–36–CR–0000174–2015<br>CP–36–CR–0000175–2015<br>CP–36–CR–0000176–2015<br>CP–36–CR–0006037–2014<br>(Lancaster) |
| Com. v. Neff | 747 MDA 2016<br>Affirmed | 12/13/2016 | CP–67–CR–0006322–2015<br>(York) |
| Com. v. Anderson | 1058 MDA 2016<br>Affirmed | 12/13/2016 | CP–58–CR–0000004–2010<br>CP–58–CR–0000026–2010<br>CP–58–CR–0000433–2010<br>(Susquehanna) |
| Bartow v. Tri–Star Motors, Inc. | 1084 WDA 2015<br>Affirmed | 12/13/2016 | No. 3602 of 2014<br>(Westmoreland) |